# Fifteenth Court of Appeals

AUSTIN, TEXAS 78701

## RECORDS RETENTION SCHEDULE IN CIVIL CASES

(Secretary to complete entire top portion at time opinion is delivered – have signed by authoring judge)

CASE NO.: 15-24-00045-CV

DATE CASE FILED: 8/29/2024

STYLE:  **Calvin Lynn Brown v. Texas Department of Criminal Justice**

COUNTY:  Travis

DESCRIPTION/SUBJECT OF CASE:  Mandamus

PANEL:  SB, SF, AF

AUTHOR: AF

PER CURIAM:  NO

OPINION ISSUED**:** December 17, 2024

OPINION DECISION: VACATED AND DISMISSED

RECOMMEND:  DESTROY:  YES  HISTORICAL:  NO

COMMENTS:

SIGNED: _April L. Farris_

DATE: _12/9/2024_

—————————————**\*\*FOR CLERK'S USE ONLY\*\***—————————————

 MANDATE ISSUED: _____

LETTER TO STATE ARCHIVES (date): _____

COMMENTS: _____

—————————————**\*\*FOR CLERK'S USE ONLY\*\***—————————————

(Dispose of 6 years after final disposition)

DATE DESTROYED: _____

DATE SENT TO STATE ARCHIVES FOR PERMANENT RETENTION: